# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON SEWARD and LYNNETTA SEWARD, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>HUDSON INSURANCE COMPANY,<br><br>Defendant. | Case No. 17-CV-630-TCK-JFJ |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(aa)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action without prejudice.

Dated this 30th day of January 2018.

/s/ G. Steven Stidham
G. Steven Stidham, OBA #8633
StidhamLaw, P.C.
204 Reunion Center
Nine East Fourth Street
Tulsa, OK 74103-4706
gstidham@stidhamlawpc.com
T: (918) 707-8800
F: (918) 707-8808

**ATTORNEYS FOR PLAINTIFFS**

{1787851;}

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

John Henry Rule
Justin A. Lollman

                                        /s/ G. Steven Stidham
                                        G. Steven Stidham